AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

REAQUILA SCRIVEN on
behalf of ZANDIA WILLIAMS,

    Plaintiff,

### JUDGMENT IN A CIVIL CASE

        **v.**

CASE NUMBER: CV 425-276

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated April 23, 2026, this case is dismissed for failure to prosecute. This case stands closed.

Approved by: _____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

April 23, 2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020